## ODOM v. STATE.
### No. 26386.

Court of Criminal Appeals of Texas.

April 22, 1953.

## ALANIZ v. STATE.
### No. 26369.

Court of Criminal Appeals of Texas.

April 22, 1953.

Wright Stubbs, Austin, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted under Art. 666-4, Sec. (a), Vernon's Ann.P.C., for the sale of liquor in a wet area without a permit; punishment assessed at a fine of $150.

A statement of facts accompanies the record. Neither formal nor informal bills of exception are presented for review.

The evidence shows that the appellant did sell liquor in the 100 block of East Seventh Street in Austin, Travis County,

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of chicken theft, and his punishment was assessed at 70 days confinement in jail.

The indictment and all matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.